## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| OTTO CUYLEAR § § **Plaintiff** § § VS. § § BROSNAN RISK CONSULTANTS, LTD. § § **Defendant** § | C.A. No. 3:24-cv-00026 |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Otto Cuylear ("Plaintiff"), and Defendant Brosnan Risk Consultants, Ltd. ("Defendant") ("Plaintiff" and "Defendant" collectively referred to hereinafter as "the Parties"), by and through their undersigned counsel, file this Joint Notice of Settlement and advise this Honorable Court that the Parties have fully settled claims set forth within the operative Complaint. Within thirty (30) days from the filing of this notice, the Parties intend on filing dismissal documents.

The Parties request all deadlines be abated until for the parties to complete their settlement, or to file a joint status report regarding the settlement.

Dated: March 22, 2024.                    Respectfully submitted,

By: */s/ Laura Balhoff Englert*
    Laura Balhoff Englert
    State Bar No. 24055135
    10375 Richmond Avenue
    Suite 1050A
    Houston, Texas 77042
    Telephone: (713) 243-7059
    E-Mail: lenglert@hanover.com

*Attorney in Charge for Defendant*
*Brosnan Risk Consultants, Ltd.*

ANDERSON ALEXANDER, PLLC

By: */s/Locke Henry* *
    Clif Alexander
    Texas Bar No. 24064805
    Locke Henry
    Texas Bar No. 24118408
    101 N. Shoreline Blvd., Suite 610
    Corpus Christi, Texas 78401
    Telephone: (361) 452-1270
    Facsimile: (361) 452-1284

*Attorneys in Charge for Plaintiff*
*\*Signed by Permission*

**CERTIFICATE OF CONFERENCE**

      This is to certify that on March 20, 2024, I conferred with Plaintiff's counsel, who stated that he was in agreement with the relief requested.

                                    */s/ Laura Balhoff Englert*
                                    Laura Balhoff Englert

**CERTIFICATE OF SERVICE**

      This document was filed electronically on March 22, 2024, and a copy of this document has been served on all counsel of record via the Court's Electronic Case Filing system.

                                    */s/ Laura Balhoff Englert*
                                  Laura Balhoff Englert