IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OTTO CUYLEAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-24-CV-26-KC |
| | § | |
| BROSNAN RISK CONSULTANTS, LTD, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 9. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all of Plaintiff's claims are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 6th day of May, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE